UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ZAHIR BAKAR,<br>Plaintiff,<br>v.<br>FBI, et al.,<br>Defendants. | Case No. 26-cv-07306-AGT<br><br>**SCREENING ORDER**<br>Re: Dkt. No. 1 |

Having granted Mohamed Zahir Bakar's application to proceed *in forma pauperis* (dkt. 3), the undersigned now screens Bakar's complaint under 28 U.S.C. § 1915(e)(2)(B) and concludes that the complaint is deficient for the reasons identified below.

Bakar's complaint is largely blank. Dkt. 1. It contains no factual allegations. *Id.* at 3-4. It also doesn't detail what specific provisions of law the defendants have allegedly violated. The "claims" section of Bakar's complaint has been left empty. *Id.* at 5-6. And while Bakar alleges that his case belongs in federal court based on federal question jurisdiction, he hasn't stated which federal law or right is involved in this case. *Id.* at 2. Finally, Bakar doesn't allege what he wants the Court to do: the "demand for relief" section of his complaint is also blank. *Id.* at 7. Without any reference to specific facts, legal provisions, and claims for relief, the Court can't understand what legal claims Bakar wants to pursue in this case. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring that courts screen *in forma pauperis* actions for ability to state a claim).

To address the deficiencies in the complaint, Bakar must allege a short and plain statement of the actions of the defendants, which laws were violated by those actions, and the harm suffered by Bakar arising from those actions. Fed. R. Civ. P. 8(a). Bakar must do his best to cite

specific legal provisions, and cannot rely on general principles of law found in federal statutes and regulations.

Bakar may file an amended complaint, on or before **October 22, 2026**. If Bakar doesn't do so, or if he files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss this case.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Alex G. Tse
United States Magistrate Judge