UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ZAHIR BAKAR,<br>Plaintiffs,<br>v.<br>FBI, et al.,<br>Defendants. | Case No. 26-cv-07306-AGT<br><br>**REPORT AND RECOMMENDATION** |

Mohamed Zahir Bakar hasn't filed an amended complaint, and the deadline by which to do so has now passed. *See* dkt. 8. For the reasons identified in the prior screening order, *see id.*, the undersigned (i) requests that the Clerk of the Court reassign Bakar's case to a district judge, and (ii) recommends that the newly assigned district judge dismiss Bakar's complaint, without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Bakar may object to this recommendation, but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: October 26, 2026

Alex G. Tse
United States Magistrate Judge