UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ZAHIR BAKAR,
Plaintiff,
v.
FBI, et al.,
Defendants.

Case No. 26-cv-07306-EMC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Docket No. 9

Before the Court is Magistrate Judge Tse's Report and Recommendation to dismiss Plaintiff Mohamed Zahir Bakar's complaint without leave to amend.

Plaintiff, who is representing himself and proceeding in forma pauperis, filed a complaint naming as defendants the FBI, CIA agents, and others. Dkt. No. 1. The complaint contains no factual allegations, no "claims" listed, and no request for relief. *Id.* Because Plaintiff is proceeding in forma pauperis, Judge Tse screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order identifying deficiencies in the complaint. Dkt. No. 8. Judge Tse allowed Plaintiff until October 22, 2026, to amend the complaint. He did not. On October 26, 2026, Judge Tse requested reassignment to a district judge and recommended dismissal due to Plaintiff's failure to state a claim. Dkt. No. 9. Objections to Judge Tse's Report and Recommendation were due by November 9, 2026. Plaintiff did not file an objection.

/

/

/

/

/

United States District Court
Northern District of California

The Court finds Judge Tse's Report and Recommendation, and the screening order it incorporates, thorough, well-reasoned, and accurate. Plaintiff has been given ample opportunity to amend his complaint and did not do so. The Court therefore adopts the Report and Recommendation. This case is **DISMISSED** without leave to amend.

**IT IS SO ORDERED**.

Dated: November 12, 2026

EDWARD M. CHEN
United States District Judge